IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**ANGELA SIMMONS,**

Plaintiff,
v.

**CHOICE HOTELS INTERNATIONAL, INC**

and **KFS HERMITAGE, LLC**

Defendants.

No. _____

**FLSA Collective Action**
**JURY DEMANDED**

## CONSENT TO JOIN

1. I have been employed by Defendants as an hourly-paid employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendants as a Named Representative Plaintiff or, as an Opt-In Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq*., including the non-payment of overtime compensation as specified in the Collective Action Complaint.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf as an above-named representative Plaintiff.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant and Attorneys Robert E. Morelli, III and Robert E. Turner, IV as well as any other attorneys with whom they may associate.

5. I understand that the personal information provided on this form will not be used for purposes other than these legal claims. Please fill this form out completely.

| *[signature]* | 10-29-2021 | Angela Denise Simmons |
|---|---|---|
| Signature | Date | Full Legal Name |