IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA SIMMONS, | ) |
|       Plaintiff, | ) Case No. 3:21-CV-00839 |
| v. | ) Judge Richardson |
| | ) Magistrate Judge Frensley |
| CHOICE HOTELS INTERNATIONAL, INC., | ) |
| COLUMBIA HOSPITALITY, LLC, and KFS | ) |
| HERMITAGE, LLC, | ) |
|       Defendants. | ) |

## JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT BY DEFENDANTS KFS HERMITAGE, LLC AND CHOICE HOTELS INTERNATIONAL, INC.

Defendants, KFS Hermitage, LLC and Choice Hotels International, Inc., file this Joint Motion to Enforce Settlement Agreement ("Motion") pursuant to the parties' valid and binding agreement with Plaintiff to settle all claims between them on March 24, 2022. For the reasons set forth in Defendants' Memorandum of Law in Support of this Motion, Defendants respectfully ask the Court to enforce the parties' settlement agreement and dismiss this action with prejudice.

Dated: June 28, 2022.

Respectfully submitted,

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

By: */s/ Matthew C. Pietsch*
    L. Gino Marchetti, Jr., BPR No. 005562
    Matthew C. Pietsch, BPR No. 024659
    2908 Poston Avenue
    Nashville, TN 37203
    (615) 320-3225
    (615) 320-3244 Fax
    gmarchetti@tpmblaw.com
    matt@tpmblaw.com

    and

    Kevin W. Shaughnessy, Esq.
    Florida Bar No. 0473448
    *Admitted Pro Hac Vice*
    kshaughnessy@bakerlaw.com
    dmanser@bakerlaw.com
    Baker & Hostetler LLP
    200 South Orange Avenue, Suite 2300
    Post Office Box 112
    Orlando, Florida 32802 0112
    Telephone: (407) 649 4000
    Facsimile: (407) 841-0168

*Counsel for Defendant KFS Hermitage, LLC*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: *s/ Kenneth A. Weber (w/permission by M. Pietsch)*
    Kenneth A. Weber, BPR No. 015730
    Denmark J. Grant, BPR No. 036808
    1600 West End, Suite 2000
    Nashville, Tennessee 37203
    Telephone: (615) 726-5600
    kweber@bakerdonelson.com
    dgrant@bakerdonelson.com

*Counsel for Defendant Choice Hotels International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing was served via CM/ECF and via US Mail to the following parties:

J. Russ Bryant
Robert E. Turner, IV
Robert E. Morelli, III
Jackson Shields Yeiser Holt Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
(901) 754-8001
(901) 754-8524 Fax
rbryant@jsyc.com
rturner@jsyc.com
rmorelli@jsyc.com
*Counsel for Plaintiff*


Columbia Hospitality LLC
c/o Registered Agent Bhadresh Patel
1530 Bear Creek Pike
Columbia, TN 38401

This 28th day of June, 2022.

By: */s/ Matthew C. Pietsch*
      Matthew C. Pietsch